Gary Paul, SBN 168722
P.O. Box 642
Aptos, CA 95001
831-662-3920
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

Barbara Showalter

        Debtor.

Case No.: 10-55195
Chapter 13

**DECLARATION OF BARBARA SHOWALTER RE: PAY ADVICES**

I, Barbara Showalter, declare as follows:

1. I am the debtor in this case.

2. I have no pay advices, since all my income is derived from rental income.

3. It was through inadvertence that I failed to file this Declaration in the time required by the Code.

I declare under penalty of perjury that the foregoing is true and correct, executed this 26th day of October, 2010 at Santa Cruz, California.

                                                                */s/ Barbara Showalter*

1